IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

> KIMBERLY M. WILLIAMS
> 1:17-cv-2320
> ALINE SMALL
> 1:17-cv-2381
> JOHN C. ROSS
> 1:17-cv-2468
> WESLEY STONE
> 1:17-cv-3871
> WILLIAM P. MARTIN
> 1:18-cv-0250

## NOTICE OF APPEARANCE

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff, Kimberly M. Williams
Plaintiff, Aline Small
Plaintiff, John C. Ross
Plaintiff, Wesley Stone
Plaintiff, William P. Martin

I am substituting into these cases in place of Attorney Robert J. Hills who has left this law firm for a new position elsewhere.

1

Dated: October 30, 2024  */s/ Michelle R. Eggert*
Michelle R. Eggert, IL Bar No. 6225976
**Westervelt, Johnson, Nicoll & Keller LLC**
416 Main Street, Suite 200
Peoria, IL  61602
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
meggert@wjnklaw.com

*Attorney for Plaintiffs*