UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Aline Small 1:17-cv-2381 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER DISMISSING CASE

On February 4, 2025, Plaintiff filed a notice of suggestion of death. Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a). A motion to substitute has not been filed. Accordingly, this case is **DISMISSED**.

**SO ORDERED** this 27th day of August 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.